NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANNETTE RIVERA,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3019

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110696-I-1.

---

## ON MOTION

---

## ORDER

Annette Rivera moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion granted.

FOR THE COURT

JAN 2 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Annette Rivera
     James M. Eisenmann, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 0 2012

JAN HORBALY
CLERK